UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **ED CV 26-1304 FMO (SPx)** | Date | **August 26, 2026** |
| Title | **Cinea Sherman v. KCE Champions LLC** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiffs: | Attorney Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Consolidation**

Having reviewed the dockets in Cinea Sherman v. KCE Champions LLC, ED CV 26-1304 FMO (SPx) ("Sherman") and Justin Wallace v. Kindercare Education LLC, 26-6958 FMO (SPx) ("Wallace"), and in light of the Court's Order of August 7, 2026, transferring Wallace to the undersigned as a related case to Sherman, IT IS ORDERED THAT:

1. No later than **September 3, 2026**, each separately-represented party shall file a Memorandum Re: Consolidation ("Memorandum"), no longer than ten pages in length, addressing (1) the extent to which there are similar factual and/or legal issues in the above cases, and (2) whether or not the cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

2. If the parties agree that the cases should be consolidated, they shall file a stipulation in lieu of a Memorandum no later than **September 3, 2026**.

00 : 00

Initials of Preparer vdr